UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KELVIN PUSH JARLEE,<br>    Petitioner,<br><br>v.<br><br>ANTONE MONIZ,<br><br>    Respondent. | C.A. No. 17-12287-PBS |

**RESPONDENT'S 48 HOUR NOTICE OF REMOVAL**

Respondent Antone Moniz, by and through his attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, pursuant to the Court's Order dated November 20, 2017, herein provides the Court with notice of the removal of Petitioner from the District of Massachusetts in furtherance of effectuating the final order of removal relating to Petitioner. The notice of the removal is confirmed through the declaration of Assistant Field Office Director Alan Greenbaum (Exhibit A).

WHEREFORE, based on Petitioner being subject to a final order of removal, Respondent herein provides the Court with notice of the removal of Petitioner from the District of Massachusetts in furtherance of effectuating his removal from the United States.

12/19/17

*The government shall inform the Court when he has been removed.*

(Patti Saris)

December 6, 2017

Respectfully submitted,
CARMEN M. ORTIZ
United States Attorney

By: /s/ Rayford A. Farquhar
RAYFORD A. FARQUHAR (BBO#560350)
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way
Boston, MA 02210
(617) 748-3284
Rayford.farquhar@usdoj.gov